**DAVID v. FERGUSON**

[357 N.C. 452 (2003)]

ROBERT ANTHONY DAVID )
)
v. ) ORDER
)
SHARON ALICIA FERGUSON )

No. 583P02

Plaintiff's petition for discretionary review is allowed for the limited purpose of remanding to the North Carolina Court of Appeals for reconsideration in light of *Rosero v. Black* (No. 322A02), filed on 13 June 2003. The temporary stay allowed on 2 December 2002 is dissolved.

By order of the Court this 19th day of June, 2003.

Orr, J.
For the Court